UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| VICTOR R. CARDENAS, | ) | No. CV-10-5029-CI |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO REMAND PURSUANT TO |
| v. | ) | SENTENCE FOUR OF 42 U.S.C. |
| | ) | § 405(g) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 25.) Attorney Thomas A. Bothwell represents Plaintiff Victor Cardenas; Special Assistant United States Attorney Kathy Reif represents Defendant. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(Ct. Rec. 25)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall further develop the record regarding whether Plaintiff exhibited deficits in adaptive functioning prior to the age of 22; reassess the medical evidence, including whether Plaintiff met or equaled listing 12.05C; obtain, if necessary, vocational expert testimony to assess at step five

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1 whether Plaintiff can perform any other work that exists in
2 significant numbers the national economy; and issue a new decision.
3     2.   Judgment shall be entered for the **PLAINTIFF**.
4     3.   Plaintiff's Motion for Summary Judgment (**Ct. Rec. 15**) is
5 stricken as moot.
6     4.   Defendant's Motion for an Extension of Time **(Ct. Rec. 22)**
7 is stricken as moot.
8     5.   An application for attorney fees may be filed by separate
9 motion.
10     The District Court Executive is directed to enter this Order,
11 forward copies to counsel, and thereafter shall close this file.
12     DATED March 25, 2011.

                      <u>S/ CYNTHIA IMBROGNO</u>
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2